Jason Schaefer 80560065
Federal Detention Center
P.O. Box 6000
Sheridan, Oregon 97378

United States District Court
District of Columbia

Jason Paul Schaefer,
Plaintiff,

-vs-

Environmental Protection Agency,
Defendants.

Case: 1:20-cv-02702
Assigned To : Cooper, Christopher R.
Assign. Date : 9/21/2020
Description: FOIA (I-DECK)

Complaint for Injunctive Relief

Nature of Action

1. This is an Action under The Freedom of Information Act, 5 U.S.C. § 552, The Privacy Act of 1974, and The Administrative Procedures Act, 5 U.S.C. § 701 et seq., for injunctive and other appropriate relief including the release of records requested by plaintiff Schaefer from the

Defendant, "Environmental Protection Agency".

## Jurisdiction and Venue

2. This Just and Honorable District Court has both Subject Matter Jurisdiction over this Action and Personal Jurisdiction over the parties pursuant to 5 U.S.C. § 552(a)(4)(B), (6)(E)(iii).

3. This Court also has Jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 5 U.S.C. § 701 et seq.

4. Venue lies under 5 U.S.C. § 552(a)(4)(B)

## Parties

5. Plaintiff is an incarcerated person who resides in The State of Oregon.

6. Defendant Environmental Protection Agency (herein E.P.A.) is an Agency of The Executive Branch of The United States Government. The E.P.A. is an Agency within the meaning

of 5 U.S.C. § 552(f).

### Plaintiff's Request under the Freedom of Information Act, and the Privacy Act

7. By means of a letter to Defendant E.P.A. sent April 6, 2020, plaintiff Schaefer requested under the F.O.I.A. and the Privacy Act "all records about Jason Paul Schaefer" and "records in or related to Federal Criminal Case 3:17-CR-00400-HZ". The plaintiff provided his birth date, social security number, and "Addresses in Oregon 2013-2020".

8. Defendant E.P.A. did not respond at all to the request.

9. Plaintiff appealed the per-se denial of the request by mail on May 5, 2020.

10. Defendant E.P.A. has not responded to the appeal in any way.

### Defendant's Involvement with Jason Schaefer and Federal Criminal Case 3:17-CR-00400-HZ

11. Plaintiff Schaefer and Defendant E.P.A. have a vivacious history, which began in April of 2017, when the Defendants Illegally invaded his private property and seized several lawfully possessed chemicals, most notably a thimble full of elemental mercury and some wood alcohol. They damaged his Apartment by Spraying Sulfur everywhere and wrongfully deprived the Plaintiff of his belongings.

12. The Defendants Acted Similiarly in October of 2017, which marked the Beginning of Federal Criminal Case 3:17-CR-00400-HZ, and at which time they assisted the F.B.I. execute several illegally obtained Search Warrants which the E.P.A. knew to be based upon False and Fabricated information. The E.P.A. assisted the F.B.I. with exceeding the scope of the Search Warrant, in order to seize Labware and Chemicals which Plaintiff Schaefer had been using to produce the Illegal Addiction Cure-drug, Ibogaine Hydrochloride.

13. Defendant's Actions constituted a betrayal of the Public Trust and were an Honest

Services violation. The Defendants violated their oaths as Federal Officers by violating the Constitution of the United States and depriving Plaintiff Schaefer of his Constitutional rights.

14. Plaintiff Schaefer believes that some of the Records he seeks constitute exculpatory evidence and/or Impeachment Material that should have been produced to him prior to the May 2019 trial in criminal case 3:17-CR-00400-HZ, and by with-holding this material, the Defendants have violated the Thirteenth Amendment to the United States Constitution, and Plaintiff's rights to Due Process of Law.

15. Plaintiff Schaefer believes the sought records are being with-held in an effort to shield the Defendant's official misconduct.

## Claims for Relief

Under the Freedom of Information Act, and the Privacy Act of 1974, the Plaintiff is entitled to:

a. An Injunctive order compelling the Defendant's to disclose the records sought by plaintiff Schaefer's request, and

b. A Declaratory Judgement Against the Defendants declaring that the records sought are disclosable, and

c. The costs incurred from this civil Action, and

d. Sanctions and recommendations to the U.S. Office of the Special Counsel, pursuant to the Administrative Procedures Act and the Privacy Act of 1974.

Plaintiff Schaefer prays for the foregoing relief, and any other relief deemed appropriate by this Just and Equitable District Court for the District of Columbia.

DATED: August 11, 2020.

Sworn to be True and Correct, under penalty of perjury. Executed at Sheridan, Oregon, 8/11/2020.

AND respectfully Submitted,

Jason Schaefer 80560065

Federal Detention Center
P.O. Box 6000
Sheridan, Oregon 97378

## ~ Certificate of Service ~

I certify upon penalty for perjury that I have served a copy of this civil action upon the opposing party by mail this August 11, 2020. Sent to the E.P.A. National FOIA office at 1200 Pennsylvania Avenue, NW, in Washington, D.C. 20460

Jason Schaefer 80560065

Federal Detention Center
P.O. Box 6000
Sheridan, Oregon 97378